## WILLIAM TUCKERMAN AND GUSTAVUS TUCKERMAN
### *versus* JOHN S. ROBY

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court *p. 197.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus
   and return; (3) copy of indorsement on county court capias.
*1821 Calendar*, MS p. 10.